

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Jamshid Moradi

**Civil Action No.** 26-cv-00968-AGS-BLM

**Petitioner**

**V.**

See Attachment

**JUDGMENT IN A CIVIL CASE**

**Respondent.**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED: On March 3, 2026, the Court held a motion hearing. For the reasons set out on the record, the petition (ECF 1 ) is denied. The case is hereby closed.

**Date:**        03/04/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  M. Fujita

M. Fujita, Deputy

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

(ATTACHMENT)

**Civil Action No** 26-cv-00968-AGS-BLM

Respondents:

Patrick Divver
Field Office Director of Enforcement and Removal Operations, San Diego Field
Office, Immigration and Customs Enforcement

Todd M. Lyons
Acting Director, U.S. Immigration and Customs Enforcement

Kristi Noem
Secretary, U.S. Department of Homeland Security

U.S. Department of Homeland Security

Pamela Bondi
U.S. Attorney General

Executive Office for Immigration Review

Christopher J. Larose
Warden of Otay Mesa Detention Facility